In the Matter of the Application of J. HARRY TIERNAN, Petitioner, Respondent, for an Order against FIORELLO H. LAGUARDIA and Others, Constituting the Board of Estimate of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [170 Misc. 54.]

In the Matter of the Application of LEONARD RIZZO, Respondent, for an Inspection of the Books and Papers of CONSERVATIVE CREDIT SYSTEM, INC., Appellant [Appearing Specially].— Order entered August 9, 1938, denying, with leave to renew, petitioner's motion to inspect the books and papers of defendant, so far as appealed from, and order entered August 23, 1938, granting petitioner's motion for inspection, unanimously affirmed, with ten dollars costs and disbursements. The date for the inspection and examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of LEONARD RIZZO, Respondent, for an Inspection of the Books and Papers of CONSERVATIVE CREDIT SYSTEM, INC., Appellant [Appearing Specially].— Order unanimously affirmed, with ten dollars costs and disbursements, with leave, however, to the appellant to answer the petition upon the merits, pursuant to section 1293 of the Civil Practice Act, within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

LOUIS SHAPIRO, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

JAMES B. MARTIN and MARION E. USILTON, as Administratrix, etc., of LEWIN H. USILTON, Deceased, Respondents, v. THE CITY OF NEW YORK, Defendant, Impleaded with DIMARCO & REIMANN, INC., Appellant, and Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

DANIEL KENDALL, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

DAVID WECHSLER, Appellant, v. WHITE PLAINS PUBLISHING COMPANY, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted in all respects. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ABRAHAM POSS, Appellant, v. ALSAM HOLDING Co., INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

MATHILDE GREEFF DRESLER and Others, Respondents, v. BERNHARD GREEFF, JR., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.